# EXHIBIT 1

*to Verified Complaint for Injunctive Relief & Damages*

CONTACT



Document title: End the NRA
Capture URL: https://www.endthenra.org/
Capture timestamp (UTC): Tue, 01 May 2018 19:59:23 GMT

Page 1 of 3



### End the NRA

Our singular focus is to make the lives of the NRA's leadership, board members, and high-profile supporters a living hell.

We will make sure every neighbor, colleague, friend, and acquaintance of NRA leaders know they're associating with mass killers and doing the bidding of the gun industry.

We're sick and tired of waiting around for someone else to do something about gun violence. We're sick and tired of politicians that feed us empty rhetoric. We're sick and tired of watching people get mad and then lose interest. End the NRA is about building a sustained movement that will get immediate results. We're going to make the NRA's leaders famous -- and not in a good way.

What repercussions have the leaders of the NRA felt? None. They're protected by their money and political power. But now, for the first time in the NRA's history, they will feel the anger and frustration of the people and all of us who have been irreparably broken by their uncompromising policy of putting more guns on our streets, in our neighborhoods, and in our schools.

End the NRA is an organization fueled by regular people that uses innovative guerilla-style marketing tactics and ideas from supporters like you to start fighting back. We're going to name them, and we're going to shame them. It will be peaceful, but for them, it will be uncomfortable.

**If you're ready to get in the fight, join us.**

**What's our first goal?** We're going to put up a billboard outside the house of Wayne LaPierre with the names of every mass shooting victim of the past year. His neighbors deserve to know who he is. It'll only get worse for him and his cronies after that.

**Our commitments to you:**

- **Your input**. Everything we do will be based on your input. We'll send our members a poll before every action we take, and let you decide how we give the NRA hell.
- **No Compromise.** NRA leaders have been successful because they've refused to allow compromise; they've treated the politicians with an iron fist. We'll do the same. When we marshal the power of millions, we're going to win. We don't have to compromise with those responsible for so many deaths.
- **No Holding Back.** Too often, good people worry about "how it looks" to talk about policy and politics in the wake of mass shootings. But the NRA sure doesn't. We're not going to "play nice" anymore. It's tragic, but it's necessary.
- **Real Results.** This isn't about lining the pockets of lobbyists. This isn't about press releases that do nothing. This is about holding the NRA's leaders accountable. Today. Tomorrow. And every single day after that.

**This isn't for everyone. End the NRA is going to make people uncomfortable, including some of our friends and allies. That's OK. This is a crisis and people are dying. We're just done with politics as usual. And we're done doing nothing.**

**If that sounds good to you, get in the fight with us. Let's end the NRA. Sign up below.**

we're going to shame them. It will be peaceful, but for them, it will be uncomfortable.

If you're ready to get in the fight, join us.

**What's our first goal?** We're going to put up a billboard outside the house of Wayne LaPierre with the names of every mass shooting victim of the past year. His neighbors deserve to know who he is. It'll only get worse for him and his cronies after that.

**Our commitments to you:**

- **Your input**. Everything we do will be based on your input. We'll send our members a poll before every action we take, and let you decide how we give the NRA hell.
- **No Compromise.** NRA leaders have been successful because they've refused to allow compromise; they've treated the politicians with an iron fist. We'll do the same. When we marshal the power of millions, we're going to win. We don't have to compromise with those responsible for so many deaths.
- **No Holding Back.** Too often, good people worry about "how it looks" to talk about policy and politics in the wake of mass shootings. But the NRA sure doesn't. We're not going to "play nice" anymore. It's tragic, but it's necessary.
- **Real Results.** This isn't about lining the pockets of lobbyists. This isn't about press releases that do nothing. This is about holding the NRA's leaders accountable. Today. Tomorrow. And every single day after that.

This isn't for everyone. End the NRA is going to make people uncomfortable, including some of our friends and allies. That's OK. This is a crisis and people are dying. We're just done with politics as usual. And we're done doing nothing.

If that sounds good to you, get in the fight with us.  Let's end the NRA. Sign up below.

**PLEASE COMPLETE THE FORM BELOW**

Name *

First Name | Last Name

Email Address *

Zip Code *

Submit

---

PAID FOR BY END THE NRA. NOT AUTHORIZED BY ANY CANDIDATE OR COMMITTEE. .

DONATE   CONTACT   FACEBOOK   TWITTER



## Donate to End the NRA

**End the NRA.**

Our singular focus is to make the lives of the NRA's leadership, board members, and high-profile supporters a living hell.

We will make sure every neighbor, colleague, friend, and acquaintance of NRA leaders know they're associating with mass killers and doing the bidding of the gun industry.

We're sick and tired of waiting around for someone else to do something about gun violence.  We're sick and tired of politicians that feed us empty rhetoric. We're sick and tired of watching people get mad and then lose interest. End the NRA is about building a sustained movement that will get immediate results. We're going to make the NRA's leaders famous -- and not in a good way.

What repercussions have the leaders of the NRA felt? None. They're protected by their money and political power. But now, for the first time in the NRA's history, they will feel the anger and frustration of the people and all of us who have been irreparably broken by their uncompromising policy of putting more guns on our streets, in our neighborhoods, and in our schools.

End the NRA is an organization fueled by regular people that uses innovative guerilla-style marketing tactics and ideas from supporters like you to start fighting back.  We're going to name them, and we're going to shame them. It will be peaceful, but for them, it will be uncomfortable.

If you're ready to get in the fight, join us.

**What's our first goal?**  We're going to put up a billboard outside the house of Wayne LaPierre with the names of every mass shooting victim of the past year. His neighbors deserve to know who he is. It'll only get worse for him and his cronies after that.

Our commitments to you:
- **Your input.** Everything we do will be based on your input. We'll send our members a poll before every action we take, and let you decide how we give the NRA hell.
- **No Compromise.** NRA leaders have been successful because they've refused to allow compromise; they've treated the politicians with an iron fist. We'll do the same. When we marshal the power of millions, we're going to win.  We don't have to compromise with those responsible for so many deaths.
- **No Holding Back.** Too often, good people worry about "how it looks" to talk about policy and politics in the wake of mass shootings. But the NRA sure doesn't. We're not going to "play nice" anymore. It's tragic, but it's necessary.
- **Real Results.** This isn't about lining the



1. Your contribution

Your contribution will benefit End the NRA.

| $5 | $10 | $25 | $50 |
| $100 | $250 | $1,000 | $ |

Continue

felt? None. They're protected by their money and political power. But now, for the first time in the NRA's history, they will feel the anger and frustration of the people and all of us who have been irreparably broken by their uncompromising policy of putting more guns on our streets, in our neighborhoods, and in our schools.

End the NRA is an organization fueled by regular people that uses innovative guerilla-style marketing tactics and ideas from supporters like you to start fighting back. We're going to name them, and we're going to shame them. It will be peaceful, but for them, it will be uncomfortable.

If you're ready to get in the fight, join us.

**What's our first goal?** We're going to put up a billboard outside the house of Wayne LaPierre with the names of every mass shooting victim of the past year. His neighbors deserve to know who he is. It'll only get worse for him and his cronies after that.

Our commitments to you:
- **Your input.** Everything we do will be based on your input. We'll send our members a poll before every action we take, and let you decide how we give the NRA hell.
- **No Compromise.** NRA leaders have been successful because they've refused to allow compromise; they've treated the politicians with an iron fist. We'll do the same. When we marshal the power of millions, we're going to win. We don't have to compromise with those responsible for so many deaths.
- **No Holding Back.** Too often, good people worry about "how it looks" to talk about policy and politics in the wake of mass shootings. But the NRA sure doesn't. We're not going to "play nice" anymore. It's tragic, but it's necessary.
- **Real Results.** This isn't about lining the pockets of lobbyists. This isn't about press releases that do nothing. This is about holding the NRA's leaders accountable. Today. Tomorrow. And every single day after that.

This isn't for everyone. End the NRA is going to make people uncomfortable, including some of our friends and allies. That's OK. This is a crisis and people are dying. We're just done with politics as usual. And we're done doing nothing.

If that sounds good to you, get in the fight with us. Let's end the NRA.

**Contribution rules**
1. I am a U.S. citizen or lawfully admitted permanent resident (i.e., green card holder).
2. This contribution is made from my own funds, and funds are not being provided to me by another person or entity for the purpose of making this contribution.
3. I am making this contribution with my own personal credit card and not with a corporate or business credit card or a card issued to another person.
4. I am at least eighteen years old.
5. I am not a federal contractor.

Paid for by ActBlue (actblue.com) and not authorized by any candidate or candidate's committee.

Contributions or gifts to ActBlue are not deductible as charitable contributions for Federal income tax purposes.