# EXHIBIT 2

*to Verified Complaint for Injunctive Relief & Damages*

Regarding that New Yorker article

**From:**
**To:**
**Subject:** Regarding that New Yorker article
**Date:** Tue, Feb 27, 2018 3:13 pm

Fuck you, Cunt. That is all.

of 1