# EXHIBIT 3

*to Verified Complaint for Injunctive Relief & Damages*

you are a VILE CUNT

**From:** ▮
**To:** ▮
**Subject:** you are a VILE CUNT
**Date:** Mon, Mar 26, 2018 4:27 am

enough said.

of 1