# EXHIBIT 4

*to Verified Complaint for Injunctive Relief & Damages*

lo words

**From:** ▮
**To:** ▮
**Subject:** No words
**Date:** Fri, Feb 23, 2018 3:43 pm

For your level of evil. I thought the idiot in office was the biggest soulless troll, but I'll be damned if you aren't a close second, tied of course to the many others who applaud senseless murder. I'm horrified at your behavior. Nothing more than a truly ugly from the inside out redneck. Rot in hell you soulless cunt.

Sent from Yahoo Mail for iPhone

of 1