# EXHIBIT 5

*to Verified Complaint for Injunctive Relief & Damages*

Dead kids

From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Subject: Dead kids
Date: Fri, Mar 9, 2018 6:03 am

Eat shit ghoul