# EXHIBIT 30

*to Verified Complaint for Injunctive Relief & Damages*

You



From: ███████████████
To: ███████████████
Subject: You
Date: Fri, Mar 9, 2018 10:38 pm

Dear Twat You are a vile cunt. I hope you get to experience a ammo dido. I can't wait till the day I flip on the news to see you mourning a gunshot victim. You're disgusting and exactly what's wrong with people today. I seriously hope karma comes around for you soon. You and that other ammosexual the fairy Wayne LaPierre, what a masculine name to match the fairy he is. I hope to see he died of a gunshot wound that took hours of pain before he succumbed. I'm not anti gun, I'm anti morons without morals, hence the reason for this letter.

Fuck you. You worthless cunt. You're a whore, not freedom fighter.

I love that you freaks always get taken down eventually, I love the perp walks. My god I hope you experience everything you've given. I hope you don't a moment of peace for the rest of your pitiful lives.

Manafort and Shkrelli both went down today, you two cunts are next! Can't wait! Enjoy your cell, I know I will seeing you in it.

Pleasantly yours,
Fuck you.