# EXHIBIT 31

*to Verified Complaint for Injunctive Relief & Damages*

The consequences that you will

**From:** Howard Weiss
**To:**
**Subject:** The consequences that you will
**Date:** Mon, Apr 2, 2018 12:24 am

Be subjected to when you are killed by those weapons you have hawked for all these years will send you to burn in hell you fucking heartless, greedy bitch. I pray everyday that one of these "good" people puts 100 bullets between your eyes so we can celebrate.

Sent from my iPhone